AO 91 (Rev 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Cesar P. Saiz,<br><br>Defendant(s) | ) ) ) ) ) ) ) Case No. 20-6291-HUNT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **July 18, 2020** in the county of **Broward** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 871 | Threat to kill the president of the United States |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Spcial Agent Lucas White, USSS
*Printed name and title*

Sworn in my presence by Telephone

Date: 7/21/2020

*Judge's signature*

City and state: Fort Lauderdale, Florida

Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Lucas A. White, being duly sworn, do hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States who is empowered by law to conduct investigations of, and make arrests for, violations of Title 18 of the United States Code.

2. I am a Special Agent with the United States Secret Service and have been so employed since October 2017. I am currently assigned to the Miami Field Office – Protective Intelligence Squad. I have been assigned to assist the Broward County Sheriff's Office (BSO) Threat Management Division. Some of my duties include, but are not limited to, investigating threats towards the President of the United States. Prior to my current assignment, I was a police officer with the Gulfport Police Department in Mississippi for five years. Prior to my law enforcement experience with the Gulfport Police Department, I was a police officer with the New Orleans Police Department in Louisiana for four years. I hold a Bachelor of Arts degree in political science from Louisiana State University and a Master of Arts degree in criminal justice from the University of Louisiana at Monroe.

3. The information set forth in this Affidavit is provided in support of the attached criminal complaint, charging CESAR PHILIP SAIZ ("SAIZ") with threats against the President of the United States, in violation of Title 18, United States Code, Section 871.

4. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement agents and officers involved in this investigation. I have not included in this Affidavit each and every fact known

to me or to other law enforcement officers surrounding this investigation. Rather, I have included only those facts that I believe are necessary to establish probable cause to arrest SAIZ for the violation described above.

## PROBABLE CAUSE

5. On or about July 18, 2020, at approximately 7:25 p.m., the U.S. Secret Service Protective Intelligence Operations Center notified the undersigned Affiant of a threat to kill President Donald Trump. Specifically, a concerned citizen reported that he received a threat via text message from SAIZ stating: "[] do you know anywhere that I can volunteer to assassinate number 45 cuz I will."[1]

6. The U.S. Secret Service Protective Intelligence Operations Center determined that the threat originated from SAIZ, and provided your affiant with his residential address.

7. On July 18, 2020, at approximately 11:05 p.m., law enforcement contacted SAIZ at his residence in Broward County, Florida.[2] SAIZ's father permitted law enforcement inside their residence, and he instructed SAIZ that the police needed to speak to him. Upon exiting his bedroom, SAIZ spontaneously stated, "freedom of speech." SAIZ voluntarily agreed to provide law enforcement a post-*Miranda* statement.

8. SAIZ confirmed his cellular telephone number, and he admitted that he texted an "acquaintance" written threats to kill the President of the United States.

9. SAIZ claimed that he recently lost his employment, and he repeatedly expressed his disdain over President Trump, more specifically, the President's response to COVID-19. SAIZ claimed that he texted an acquaintance, because he needed to vent, and he

---

[1] The recipient's name is omitted to protect their identity.
[2] SAIZ currently resides with his elderly parents.

was frustrated with being unemployed for 120 days. SAIZ stated that he had been consuming alcohol at the time he texted the threats, and that he had been drinking for four straight days. It should be noted that SAIZ appeared coherent, engaging and responsive.

10. During the interview, SAIZ provided verbal consent to search his cellular telephone in his presence. Law enforcement discovered more threats in the same text message thread beginning at approximately 5:16 p.m., on July 18, 2020. Some of those threats include:

- Don't Be Afraid. Take the demon down;
- Trump's head needs to be split open like a cantaloupe that it is. Nothing will restore this country to help until that is done;
- I will bust a cap in that mother fucker anytime I get a chance to;[3] and
- Couldn't be more of a patriot than that.[4]

11. After questioning SAIZ about his text messages expressing his intent to assassinate the President, law enforcement inquired if "[SAIZ had] ever made statements like that before?" SAIZ replied, "Never in my life."

12. Near the conclusion of SAIZ's interview, law enforcement obtained written consent to search and seize SAIZ's cellular telephone. Specifically, law enforcement read the consent to search form to SAIZ, and he signed it in their presence.

13. On July 20, 2020, the United States Secret Service completed a forensic examination of SAIZ's cellular telephone. Upon further review, law enforcement discovered that SAIZ had texted a separate individual threats to kill the President of the United States. This is contrary to his statement to law enforcement that he had "never in [his] life" made similar statements. The search revealed, beginning at approximately 4:51 p.m., on July 18,

---

[3] SAIZ confirmed to law enforcement that "bust a cap" meant to "shoot somebody" and the "mother fucker" referred to President Trump.

[4] SAIZ said in his mind it would be [an act of patriotism], but claimed that he didn't "have the wherewithal or the balls to do it."

3

2020, SAIZ had texted some of the following threats:

- I am right now considering buying a high-powered rifle and practicing at range. And when Donald Trump comes into town I'll put it on the line I'm going to fucking split his head into an ugly cantaloupe;
- This guy it's trying to bring us to a Civil War he's an evil piece of shit and I want to take him out;
- He has blasphemy the name of the Evangelist and what it means to have God in your heart he has blasphemy to everything that is good in this country. I am 57 years old and I will sacrifice my life in order to execute his ugly fucking;
- As a matter of fact, I am going to do it I am living for it. His secret service is weak if I learn to be a marksman I can take him out in a second;
- There is nothing that I would not relish more than to be the one to execute that infidel;
- Potus45 Must Die;[5]
- I am going to be the one to assassinate him;
- I cannot think of a more noble life calling; and
- I maintained he can be gotten to very easily nobody gives a fuck about that narcissist. I will go down in the history book.

14. At this point in the text message thread, the recipient of these threats replied, "Ahh. Who ever is listening he not serious he joking he big trickster."[6] SAIZ replied: "No I'm not a trickster it will be my life's motivation to take out that evil piece of fucking shit" and "[i]t will be my greatest joy."

15. A forensic search of SAIZ's "search history" within his cellular phone revealed that on July 18, 2020, beginning approximately at 5:05 p.m., SAIZ queried the following:

- Where can I volunteer to assassinate Donald Trump;
- America needs to assassinate Donald Trump;
- Looking for a leftwing group to hire me to assassinate Donald Trump please contact me at Surf Rider for life at aol.com;[7]
- Let's form a union and assassinate Donald Trump;
- I'm looking for a Blog I am available to assassinate Donald Trump anytime anywhere;
- If anybody wants a marksman I am available to assassinate Donald Trump; and

---

[5] The recipient responded, "agreed" and he later said, "he should be taken out..."

[6] Law enforcement interviewed the recipient of these threats. The recipient said his responses were his attempt to minimize SAIZ's threats.

[7] A publically available database search revealed surfrider4life@aol.com as an email address associated with SAIZ

4

- I am going to assassinate Donald Trump.

## CONCLUSION

16. Based on the above information, I respectfully submit that there is probable cause to believe that CESAR PHILIP SAIZ, on July 18, 2020, in Broward County, in the Southern District of Florida, knowingly and willfully made threats to kill and inflict bodily harm upon the President of the United States, in violation of Title 18, United States Code, Section 871.

FURTHER AFFIANT SAYETH NAUGHT.

Lucas A. White, Special Agent
United States Secret Service

Sworn to and subscribed before me
telephonically 21st day of July, 2020 in
Fort Lauderdale, Florida.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

5