UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-60098-CR-COOKE/HUNT

UNITED STATES OF AMERICA,

vs.

CESAR P. SAIZ,

      Defendant.
_____/

**Factual Proffer**

      Defendant, CESAR P. SAIZ ("SAIZ"), his counsel, and the United States of America agree that, had this case proceeded to trial, the United States would have proven the following facts beyond a reasonable doubt, all of which occurred in the Southern District of Florida:

      On or about July 18, 2020, SAIZ texted an acquaintance a series of explicit text messages expressing his desire to kill President Donald J. Trump. The recipient of the text messages did not initially know the sender of the text messages, and he promptly notified local law enforcement.

      SAIZ texted the acquaintance: "[] do you know anywhere that I can volunteer to assassinate number 45 cuz I will." The recipient responded: "no idea who you are…leave me alone. Vote!" SAIZ responded, in-part, with the following text messages:

- True Patriot;
- Don't be afraid [] have some balls;
- Don't be afraid. Take the demon down;

1

- Who am I. Isn't that what Saul said to Christ on his way to his assassination..[.] We need stronger people than you we need more than talk;
- Trump's head needs to be split open like a cantaloupe that it is. Nothing will restore this country to help until that is done;
- If you agree that he is ruining your country you gotta step up. Words are not going to do it;
- I will bust a cap in that mother (******) anytime I get a chance to;[1]
- Couldn't be more of a patriot than that;[2]
- You (****)off []. Is your left-wing rhetoric that is made America week as well. Put your feelings into actions your talk don't mean shit;
- As long as there are weak liberals like you Trump will keep bullying and bullying and bullying stand up for yourself for God's sake; and
- I will vote. And when that shit is fixed I will March in arms to the Capitol I'm ready for Civil War.

Later that evening, Special Agent Lucas White with the United States Secret Service (USSS) responded to SAIZ's residence in Plantation Florida, where he resided with his parents. SAIZ exited his bedroom, and he spontaneously stated, "freedom of speech." SAIZ provided SA White a post-*Miranda* statement, and he admitted to authoring and sending the text messages. SAIZ said that he recently became unemployed, and his text messages were rooted from President Trump's response to COVID-19.

SAIZ provided the USSS written consent to search his cellular telephone. A search of SAIZ's telephone revealed that SAIZ had texted another acquaintance threats to kill the President around the same time. Specifically, SAIZ texted in-part, the following:

- I am right now considering buying a high-powered rifle and practicing at range. And when Donald Trump comes into town I'll put it on the line I'm

---

[1] SAIZ confirmed to law enforcement that "bust a cap" meant to "shoot somebody" and the "mother (******)" referred to President Trump.
[2] SAIZ confessed that in his mind it would be [an act of patriotism], but he claimed that he didn't "have the wherewithal or the balls to do it."

2

going to (****)ing split his head into an ugly cantaloupe;
- This guy it's trying to bring us to a Civil War he's an evil piece of shit and I want to take him out;
- He has blasphemy the name of the Evangelist and what it means to have God in your heart he has blasphemy to everything that is good in this country. I am 57 years old and I will sacrifice my life in order to execute his ugly (****)ing;
- As a matter of fact, I am going to do it I am living for it. His secret service is weak if I learn to be a marksman I can take him out in a second;
- There is nothing that I would not relish more than to be the one to execute that infidel;
- Potus45 Must Die;
- I am going to be the one to assassinate him;
- I cannot think of a more noble life calling; and
- I maintained he can be gotten to very easily nobody gives a (****) about that narcissist. I will go down in the history book.

The recipient replied, "Ahh. Who ever is listening he not serious he joking he big trickster."[3] SAIZ replied: "[n]o I'm not a trickster it will be my life's motivation to take out that evil piece of (****)ing (****)" and "[i]t will be my greatest joy."

Additionally, the USSS discovered that SAIZ texted a group of his former work colleagues the following:

> For his own greed and whacked out narcissistic vision of being re-elected he has hurt the restaurant industry terribly. But some people choose to believe that he is on their side. That to me his unfathomable if you just look at the guy you know he's not on your side. Bigot racist divisional worst president in history ever who needs to be taken out by any means.

SAIZ's "search history" revealed that on July 18, 2020, SAIZ queried:

- Where can I volunteer to assassinate Donald Trump;
- America needs to assassinate Donald Trump;
- Let's form a union and assassinate Donald Trump;
- If anybody wants a marksman I am available to assassinate Donald Trump; and
- I am going to assassinate Donald Trump.

---

[3] SA White interviewed the recipient who said he responded to SAIZ to minimize SAIZ's threats.

3

SAIZ understood and meant the words that he texted to his two acquaintances, and his work colleagues to be true threats, and SAIZ knowingly and willfully said the words. The defendant transmitted the text messages, in violation of Title 18, United States Code, Section 871.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: __10/1/2020__     By: _____
                        SCOTT R. STRAUSS
                        ASSISTANT UNITED STATES ATTORNEY

Date: __9/15/2020__     By: _*Timothy M Day*_____
                        TIM DAY
                        ATTORNEY FOR DEFENDANT

Date: __9/9/2020__      By: _____
                        CESAR P. SAIZ
                        DEFENDANT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September _____, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record on the attached Service List in the manner specified.

/s/ *Scott R. Strauss*_____
Assistant United States Attorney