**From:** Teresa Caprio
**To:** Timothy Day
**Subject:** Fw: Cesar P Saiz Appeal Letter.
**Date:** Wednesday, November 4, 2020 10:37:30 AM

To: The Honorable Judge, Marcia Cooke

----- Forwarded Message -----
**From:** Teresa Caprio <teresacaprio@yahoo.com>
**To:** timothy_day@fd.org <timothy_day@fd.org>
**Sent:** Saturday, October 31, 2020, 2:48:47 PM EDT
**Subject:** Cesar P Saiz

This letter is for the honorable Judge, Marcia Cooke, to consider leniency for Cesar P Saiz.  My name is Teresa L Caprio and I am Cesar Saiz's aunt.  I am writing this letter to ask for leniency for my nephew.  I have known Cesar, most of my life and I believe that Cesar, in my opinion, has been a victim of alcohol and substance abuse.  Over the years I have watched Cesar face a multitude of issues, that have gotten out of his control.  Most of his life I believe he has struggled with alcohol addition and at times also drugs.  Cesar is a kind and caring man and I know he would not hurt anyone.  Over the years he has taken on the job of caring for his fragile parents, alone.  He has become their primary care giver, on a limited income and had the added pressure of trying to narrow down a part time job, to help them with the finances.  I know this because, I have helped Cesar with some finances over the years, when times got very difficult for him and I have witnessed him, try to hold up, under extreme conditions.  I am the President and CEO of a non-profit organization called Rainbow Guardian Inc.  We provide services for special needs young adults and families in need.  I have a special needs daughter, who is a first cousin to Cesar and they are very close.  He has helped me over the years with her as a caring and loving cousin.  He has also volunteered with our fund raisers to help us raise money at a time when he needed help the most.  Cesar has been on his own for quite a while and unfortunately has had minimal help from family members.  I have told Cesar that I will not give up on him and I will always be there for him, because I know that he has a loving and caring heart.   He loves his family deeply and has been left on his own, with little help.  He has never let me and my foundation down and has always been there when we needed him the most, so now, he needs another chance to get himself in a good place and get clean again.

In closing I believe Cesar needs rehabilitation, not prison time.  His addiction  with substance abuse has been his down fall for a lot of years.  Unfortunately under the hard times everyone is facing, with the virus pandemic and Cesar being secluded in his home, taking care of his parents, with no relief, his addiction accelerated.  I know my nephew as a caring and good man and he got lost along the way, but, it is not to late to get him help.  Thank you for listening to my plea for leniency for Cesar P Saiz.  Thank you for your time and Consideration

Sincerely,

Teresa L Caprio

Warmest Regards,

Teresa L. Caprio
President/Founder
Rainbow Guardian
www.rainbowguardian.org
teresacaprio@yahoo.com
954-436-1900